Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                               Case No.: 15−18825−JKS
                                               Chapter: 13
                                               Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Armando R Moncada
   262 Berkeley Avenue
   Newark, NJ 07107

Social Security No.:
   xxx−xx−4858

Employer's Tax I.D. No.:

---

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 4/13/17 at 11:00 AM

to consider and act upon the following:

*59* − Motion To Reinstate Automatic Stay Filed by Armando R Moncada. (Attachments: # 1 Certification # 2 Statement as to Why No Brief is Necessary # 3 Certificate of Service # 4 Proposed Order) (zlh)


Dated: 3/16/17

                                                                Jeanne Naughton
                                                                Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 15-18825-JKS
Armando R Moncada                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Mar 16, 2017
                        Form ID: ntchrgbk    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2017.
db        +Armando R Moncada,    262 Berkeley Avenue,    Newark, NJ 07107-1929
cr        +WELLS FARGO BANK, N.A. D/B/A AMERICAS SERVICING CO,    Phelan Hallinan & Schmieg, PC,
           400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2017 at the address(es) listed below:
          Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. D/B/A AMERICAS SERVICING
           COMPANY as servicer for U.S. Bank National Association, as Trustee, successor in interest to
           Bank of America, National Association, as Trustee, successo nj.bkecf@fedphe.com
          Clifford B. Frish    on behalf of Debtor Armando R Moncada yrodriguez@goldmanlaw.org,
           cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
          David G. Beslow    on behalf of Debtor Armando R Moncada yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
          Denise E. Carlon    on behalf of Creditor    Bank of America National Association as successor by
           merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Loan Trust 2007-1XS
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          John Philip Schneider    on behalf of Creditor    WELLS FARGO BANK, N.A. D/B/A AMERICAS SERVICING
           COMPANY as servicer for U.S. Bank National Association, as Trustee, successor in interest to
           Bank of America, National Association, as Trustee, successo nj.bkecf@fedphe.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Mark Goldman    on behalf of Debtor Armando R Moncada yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
                                                                                             TOTAL: 7