| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c) |
| GOLDMAN & BELSOW, LLC<br>Attorneys At Law<br>7 Glenwood Avenue - Suite 311B<br>East Orange, New Jersey 07017<br>(973)-677-9000<br>David G. Beslow, Esq. - #DGB-5300<br>*Attorneys for Debtor, Armando R Moncada* |
| In Re:<br><br>**ARMANDO R MONCADA** |

Case No.   15-18825

Judge:     JKS

Chapter:   13

# CHAPTER 13 DEBTOR'S ATTORNEY CERTIFICATION IN OPPOSITION

1. The debtor's attorney in this case opposes the following (choose one):

    ❏  Motion for Relief from the Automatic  _____
    Stay filed by creditor,

    A hearing has been scheduled for _____, at _____.

    ☐  Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☒  Certification of Default filed by <u>Marie Ann Greenberg, Trustee.</u>

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (choose one):

    ❏  Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (explain your answer):

☒ Other (explain your answer): The debtor resolved a motion for relief from the automatic stay filed by the mortgage company on April 13, 2017. The resolution provides the debtor with an extension of time to obtain a loan modification until June 15, 2017. The debtor is actively involved in a loan modification application and we respectfully request that the Court schedule a hearing on this matter.

DATED:  April 18, 2017                                    /s/David Beslow
**Attorneys for Debtor**

**NOTE:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*Rev8/1/15*