# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Armando R Moncada

Case No.: 15-18825

Hearing Date: 5/25/2017

Chapter: 13

Judge: John K. Sherwood

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable __John K. Sherwood__, United States Bankruptcy Judge.

**Reason for Hearing:** Opposition to Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property

**Location of Hearing:** Courtroom No. 3D
US BANKRUTPCY COURT
50 WALNUT STREET, 3RD FL
NEWARK, NJ 07102

**Date and Time:** May 25, 2017 @ 9:00 am, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ❑ ARE REQUIRED    ❑ ARE NOT REQUIRED

DATE: April 19, 2017

JEANNE A. NAUGHTON, Clerk

By: Zelda L. Haywood
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on __April 19__, 20__17__ this notice was served on the following: Debtors, Debtors' Counsel and Trustee

JEANNE A. NAUGHTON, Clerk

By: Zelda L. Haywood
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-18825-JKS
Armando R Moncada                                                         Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin            Page 1 of 1            Date Rcvd: Apr 19, 2017
                       Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2017.
db             +Armando R Moncada,    262 Berkeley Avenue,    Newark, NJ 07107-1929

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2017 at the address(es) listed below:
     Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. D/B/A AMERICAS SERVICING
      COMPANY as servicer for U.S. Bank National Association, as Trustee, successor in interest to
      Bank of America, National Association, as Trustee, successo nj.bkecf@fedphe.com
     Clifford B. Frish    on behalf of Debtor Armando R Moncada yrodriguez@goldmanlaw.org,
      cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
     David G. Beslow    on behalf of Debtor Armando R Moncada yrodriguez@goldmanlaw.org,
      yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
     Denise E. Carlon    on behalf of Creditor    Bank of America National Association as successor by
      merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Loan Trust 2007-1XS
      dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
     John Philip Schneider    on behalf of Creditor    WELLS FARGO BANK, N.A. D/B/A AMERICAS SERVICING
      COMPANY as servicer for U.S. Bank National Association, as Trustee, successor in interest to
      Bank of America, National Association, as Trustee, successo nj.bkecf@fedphe.com
     Marie-Ann  Greenberg     magecf@magtrustee.com
     Mark   Goldman    on behalf of Debtor Armando R Moncada yrodriguez@goldmanlaw.org,
      yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
                                                                                                                                TOTAL: 7