Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−18825−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Armando R Moncada
    262 Berkeley Avenue
    Newark, NJ 07107
Social Security No.:
    xxx−xx−4858
Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 5/25/17 at 09:00 AM

to consider and act upon the following:

*65* − Notice of Hearing for: (related document:62 Certification of Default of Standing Trustee filed by Trustee Marie−Ann Greenberg, 64 Opposition filed by Debtor Armando R Moncada). The following parties were served: Debtor, Debtor's Attorney, Trustee, and US Trustee. Hearing scheduled for 5/26/2017 at 09:00 AM at JKS − Courtroom 3D, Newark. (zlh)

Dated: 4/24/17

Jeanne Naughton
Clerk, U.S. Bankruptcy Court