Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 15−18825−JKS
        Chapter: 13
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Armando R Moncada
   262 Berkeley Avenue
   Newark, NJ 07107

Social Security No.:
   xxx−xx−4858

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 5/25/17 at 09:00 AM

to consider and act upon the following:

*65* − Notice of Hearing for: (related document:62 Certification of Default of Standing Trustee filed by Trustee Marie−Ann Greenberg, 64 Opposition filed by Debtor Armando R Moncada). The following parties were served: Debtor, Debtor's Attorney, Trustee, and US Trustee. Hearing scheduled for 5/26/2017 at 09:00 AM at JKS − Courtroom 3D, Newark. (zlh)

Dated: 4/24/17

        Jeanne Naughton
        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Armando R Moncada  
    Debtor

Case No. 15-18825-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Apr 24, 2017  
                Form ID: ntchrgbk     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2017.  
db        +Armando R Moncada,    262 Berkeley Avenue,    Newark, NJ 07107-1929

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2017                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2017 at the address(es) listed below:

        Andrew L. Spivack   on behalf of Creditor   WELLS FARGO BANK, N.A. D/B/A AMERICAS SERVICING  
         COMPANY as servicer for U.S. Bank National Association, as Trustee, successor in interest to  
         Bank of America, National Association, as Trustee, successo nj.bkecf@fedphe.com  
        Clifford B. Frish    on behalf of Debtor Armando R Moncada yrodriguez@goldmanlaw.org,  
         cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com  
        David G. Beslow    on behalf of Debtor Armando R Moncada yrodriguez@goldmanlaw.org,  
         yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com  
        Denise E. Carlon    on behalf of Creditor   Bank of America National Association as successor by  
         merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Loan Trust 2007-1XS  
         dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        John Philip Schneider   on behalf of Creditor   WELLS FARGO BANK, N.A. D/B/A AMERICAS SERVICING  
         COMPANY as servicer for U.S. Bank National Association, as Trustee, successor in interest to  
         Bank of America, National Association, as Trustee, successo nj.bkecf@fedphe.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Mark Goldman    on behalf of Debtor Armando R Moncada yrodriguez@goldmanlaw.org,  
         yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com  
                                                                                                                                                                TOTAL: 7