Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  15–18825–JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Armando R Moncada
    262 Berkeley Avenue
    Newark, NJ 07107

Social Security No.:
    xxx–xx–4858

Employer's Tax I.D. No.:

---

### NOTICE OF JUDGMENT OR ORDER
**Pursuant to Fed. R. Bankr. P. 9022**

    Please be advised that on September 8, 2017, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 69 – 58
Order Resolving Motion For Relief From Stay re: 262 Berkeley Avenue, Newark, NJ 07107 (Related Doc # 58). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/22/2017. (zlh)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 8, 2017
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-18825-JKS
Armando R Moncada                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin              Page 1 of 1          Date Rcvd: Sep 08, 2017
                               Form ID: orderntc        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2017.
db          +Armando R Moncada,    262 Berkeley Avenue,    Newark, NJ 07107-1929
cr          +WELLS FARGO BANK, N.A. D/B/A AMERICAS SERVICING CO,    Phelan Hallinan & Schmieg, PC,
             400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2017 at the address(es) listed below:
            Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. D/B/A AMERICAS SERVICING
             COMPANY as servicer for U.S. Bank National Association, as Trustee, successor in interest to
             Bank of America, National Association, as Trustee, successo nj.bkecf@fedphe.com
            Clifford B. Frish    on behalf of Debtor Armando R Moncada yrodriguez@goldmanlaw.org,
             cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
            David G. Beslow    on behalf of Debtor Armando R Moncada yrodriguez@goldmanlaw.org,
             yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
            Denise E. Carlon    on behalf of Creditor    Bank of America National Association as successor by
             merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Loan Trust 2007-1XS
             dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
            John Philip Schneider    on behalf of Creditor    WELLS FARGO BANK, N.A. D/B/A AMERICAS SERVICING
             COMPANY as servicer for U.S. Bank National Association, as Trustee, successor in interest to
             Bank of America, National Association, as Trustee, successo nj.bkecf@fedphe.com
            Marie-Ann  Greenberg    magecf@magtrustee.com
            Mark  Goldman    on behalf of Debtor Armando R Moncada yrodriguez@goldmanlaw.org,
             yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
                                                                          TOTAL: 7