UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

GOLDMAN & BESLOW, LLC
7 Glenwood Avenue, Suite 311B
East Orange, NJ 07017
(973) 677-9000
Clifford B. Frish, Esq. #CBF-2541
Attorney(s) for Debtor

Order Filed on October 19, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

ARMANDO MONCADA

Case No.: 15-18825

Chapter: 13

Judge: JKS

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

DATED: October 19, 2017

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____ _____ :

Property:    262 Berkeley Avenue Newark, NJ

Creditor:    Specialized Loan Servicing

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____1/31/2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2