| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c) | Order Filed on June 21, 2018 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| GOLDMAN & BESLOW, LLC<br>Attorneys At Law<br>7 Glenwood Avenue - Suite 311B<br>East Orange, New Jersey 07017<br>(973) 677-9000<br>Attorneys for Debtor(s)<br><br>Clifford B. Frish, Esq. #CF-2541 | |

| | |
|---|---|
| In Re:<br><br>**ARMANDO MONCADA** | Case No. 15-18825<br><br>Chapter: 13<br><br>Judge:   Hon. John K. Sherwood |

## ORDER APPROVING MORTGAGE LOAN MODIFICATION

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

DATED: June 21, 2018

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page: 2
Debtor(s): Armando Moncada
Case No.: 15-18825 - Chapter 13
Caption: Order Approving Mortgage Loan Modification

---

**THIS MATTER** being opened to the Court by Goldman & Beslow, LLC, attorneys for the debtors, Clifford B. Frish, Esq., appearing, and this Court having considered the argument of counsel and good cause appearing, and there being no opposition; it is hereby **ORDERED**:

1. The debtor is hereby authorized to enter into a loan modification agreement on his first mortgage held and/or serviced by Specialized Loan Servicing LLC under the terms and conditions of the form of modification agreement submitted to this Court in support of the within motion for approval.

2. Any material or substantial changes to the loan modification as proposed prior to execution of same shall require further Order of this Court.

3. Any proof of claim for mortgage arrears filed by or on behalf of Specialized Loan Servicing LLC shall be marked as "paid in full" by the Chapter 13 Trustee and the Trustee shall adjust the records of creditors and debts to be paid accordingly.

4. No more than thirty (30) days after entry of this Order, the debtor shall file (i) an amended Schedule J reflecting the modified mortgage loan payment and any other relevant changes in expenses and (ii) a modified Chapter 13 Plan. At debtor's discretion, the debtor may also file an amended Schedule I to reflect any relevant changes in income.