---

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

GOLDMAN & BESLOW, LLC
Attorneys At Law
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey 07017
(973) 677-9000
Attorneys for Debtor(s)

Clifford B. Frish, Esq. #CF-2541

---

Order Filed on June 21, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

---

In Re:

**ARMANDO MONCADA**

Case No. 15-18825

Chapter: 13

Judge:   Hon. John K. Sherwood

## ORDER APPROVING MORTGAGE LOAN MODIFICATION

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

DATED: June 21, 2018

_____
Honorable John K. Sherwood
United States Bankruptcy Court

| | |
|---|---|
| Page: | 2 |
| Debtor(s): | Armando Moncada |
| Case No.: | 15-18825 - Chapter 13 |
| Caption: | Order Approving Mortgage Loan Modification |

**THIS MATTER** being opened to the Court by Goldman & Beslow, LLC, attorneys for the debtors, Clifford B. Frish, Esq., appearing, and this Court having considered the argument of counsel and good cause appearing, and there being no opposition; it is hereby **ORDERED:**

1. The debtor is hereby authorized to enter into a loan modification agreement on his first mortgage held and/or serviced by Specialized Loan Servicing LLC under the terms and conditions of the form of modification agreement submitted to this Court in support of the within motion for approval.

2. Any material or substantial changes to the loan modification as proposed prior to execution of same shall require further Order of this Court.

3. Any proof of claim for mortgage arrears filed by or on behalf of Specialized Loan Servicing LLC shall be marked as "paid in full" by the Chapter 13 Trustee and the Trustee shall adjust the records of creditors and debts to be paid accordingly.

4. No more than thirty (30) days after entry of this Order, the debtor shall file (i) an amended Schedule J reflecting the modified mortgage loan payment and any other relevant changes in expenses and (ii) a modified Chapter 13 Plan. At debtor's discretion, the debtor may also file an amended Schedule I to reflect any relevant changes in income.

United States Bankruptcy Court
District of New Jersey

In re:  
Armando R Moncada  
     Debtor

Case No. 15-18825-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jun 21, 2018  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2018.  
db           +Armando R Moncada,    262 Berkeley Avenue,    Newark, NJ 07107-1929

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                TOTAL: 0

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2018 at the address(es) listed below:  
         Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. D/B/A AMERICAS SERVICING  
          COMPANY as servicer for U.S. Bank National Association, as Trustee, successor in interest to  
          Bank of America, National Association, as Trustee, successo nj.bkecf@fedphe.com  
         Clifford B. Frish     on behalf of Debtor Armando R Moncada yrodriguez@goldmanlaw.org,  
          cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.  
          bestcase.com  
         David G. Beslow     on behalf of Debtor Armando R Moncada yrodriguez@goldmanlaw.org,  
          yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
         Denise E. Carlon     on behalf of Creditor    Bank of America National Association as successor by  
          merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Loan Trust 2007-1XS  
          dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg     magecf@magtrustee.com  
         Mark Goldman     on behalf of Debtor Armando R Moncada yrodriguez@goldmanlaw.org,  
          yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
                                                                                                                                               TOTAL: 6